# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| KYLE RUTTER, | ) | Case No. 3:21-cv-01883 |
| Plaintiff | ) ) | JUDGE JAMES G. CARR |
| v. | ) ) | MAGISTRATE JUDGE DARRELL CLAY |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | **ORDER** |
| Defendant. | ) ) | |

This is an appeal from the denial of Social Security benefits. I referred the petition to the Magistrate Judge for filing of a Report and Recommendation, which the Magistrate Judge has filed (Doc. 13). In the Report and Recommendation Magistrate Judge Darrell A. Clay recommended that I find the Commissioner's decision denying disability insurance benefits and supplemental security income not supported by substantial evidence and recommend the decision be reversed. The Commissioner indicates (Doc. 14) it will not be filing an objection to the Report and Recommendation.

On *de novo* review, I find the Report and Recommendation well-taken in all respects. Accordingly, it is hereby **ORDERED THAT:**

The Magistrate Judge's Report and Recommendation (Doc. 13) be, and the same hereby is, adopted as the order of this court, and this matter is remanded to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation. The Clerk shall mark this matter closed .

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge